```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JEFFREY BOEHNER, ET AL.,             :

                Plaintiffs,          :         ORDER

        -against-                    :   03 Civ. 5453 (THK) (MHD)

LYN HEISE, ET AL.,                   :

                Defendants.          :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

      It is hereby ORDERED that a settlement conference has been rescheduled in the above-captioned action to **WEDNESDAY, DECEMBER 2, 2009, at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

      The parties are to take note of the following requirements for settlement conferences before the undersigned:

      1. **The parties are expected to have spoken with each other about their respective settlement positions prior to the settlement**

conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       September 23, 2009

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Steven Seltzer, Esq.
Joseph Thomas Roccanova, Esq.
Yuen Roccanova Seltzer & Suerd LLP
132 Nassau Street
Suite 1300
New York, NY 10038

Patrick Michael Murphy, Esq.
Steven Andrew Morgenlender, Esq.
McCabe, Collins, McGeough & Fowler, LLP
346 Westbury Avenue, Po Box 9000
Carle Place, NY 11514